FILED

2026 Jul-22  AM 08:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-569-ACA-SGC** |
| | ] | |
| **SHELIA SAGER,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant Shelia Sager has entered pleas of guilty to Counts 1 and 2 of the indictment. On July 1, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 28). Ms. Sager has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this July 21, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE